UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

LATCHMIE TOOLASPRASHAD,

                Plaintiff,

v.                                     11-CV-0922Sc

IMMIGRATION & CUSTOMS ENFORCEMENT,

                Defendant.

---

**DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER
SUPPORT OF MOTION TO DISMISS THE COMPLAINT FOR
LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**

**PRELIMINARY STATEMENT**

Defendant submits this Reply Memorandum in further support of its motion, pursuant to Fed.R.Civ.P. 12(b)(1) and (6), to dismiss the pro se Complaint of plaintiff Latchmie Toolasprashad ("Toolasprashad") for lack of jurisdiction and failure to state a claim. Defendant's motion, which was filed on July 17, 2012, was made on grounds that (a) because Toolasprashad failed to comply with statutory requirements for making a FOIA request, the Court lacks jurisdiction over his claim due to plaintiff's lack of standing and failure to exhaust administrative remedies, (b) because the National Records Center ("NRC") is not a party to this action, the Court lacks jurisdiction over any claim asserted against the NRC, (c) because Toolasprashad failed to comply with the requirements for making a Freedom of Information Act ("FOIA") claim, he fails to state a claim upon which relief can be granted,

and (d) the claim asserted in the Complaint was rendered moot by disclosure of the requested records to Toolasprashad's former attorney and to Toolasprashad himself. See Defendant's Memorandum of Law in Support of Motion ("Defendant's Memorandum") (Dkt. No. 11).

On May 3, 2013, Toolasprashad, by his recently appointed pro bono attorney, Eric W. Schultz, Esq., filed a response to the Defendant's motion. Plaintiff's Memorandum in Response to Motion ("Plaintiff's Memorandum") (Dkt. No. 41). As set forth more fully herein, the underlying facts offered by Defendant in support of the instant motion to dismiss are not in dispute, and accordingly, Defendant's motion should be granted.

## ARGUMENT

**THE COURT LACKS SUBJECT MATTER JURISDICTION BECAUSE THERE HAS BEEN NO FOIA REQUEST PERTAINING TO TOOLASPRASHAD ADDRESSED TO DEFENDANT IMMIGRATION AND CUSTOMS ENFORCEMENT.**

Plaintiff's Memorandum accurately observes that the instant proceedings involve a very narrow issue regarding the Government's response to Toolasprashad's purported FOIA request. See Plaintiff's Memorandum, p. 2. Further, undisputed facts show that Toolasprashad failed to make a proper FOIA request in accordance with law. See Declaration of Ryan Law executed on July 10, 2012 (Dkt. No. 9), and

Declaration of Jill A. Eggleston, executed on July 3, 2012. (Dkt. No. 10).

Moreover, Plaintiff's Memorandum, which asserts that Toolasprashad merits a decision on whether he exhausted administrative remedies, observes that neither Toolasprashad nor his former attorney, Kurt Saccone, Esq., filed an administrative appeal regarding the disclosure that was made in response to Mr. Saccone's FOIA request. Id., p. 4; see also Declarations of Ryan Law and of Jill A. Eggleston (Dkt. Nos. 9 and 10). Thus, undisputed facts also show that Toolasprashad did not exhaust administrative remedies. Accordingly, Toolasprashad's Complaint must be dismissed. See Union Leader Corp. v. U.S. Dept. of Homeland Sec., 2012 WL 1000333, *2 (D.N.H., Mar. 23, 2012) (plaintiff must exhaust the right to administratively appeal that denial before filing suit); see also Oglesby v. U.S. Dep't of Army, 920 F.2d 57, 61-62 (D.C.Cir.1990) ("Courts have consistently confirmed that the FOIA requires exhaustion of [the statutory] appeal process before an individual may seek relief in the courts.").

Significantly, Plaintiff's Memorandum further acknowledges that Mr. Saccone was able to utilize the more than 1500 pages disclosed through Mr. Saccone's FOIA request in order to mount a defense in Toolasprashad's administrative removal proceedings, and

that those administrative removal proceedings are the subject of an ongoing Petition for Review proceeding before the United States Court of Appeals for the Second Circuit.[1] Plaintiff's Memorandum, p. 5. Thus, even if the Court were to find that there is jurisdiction to review Toolasprashad's claim, the Complaint fails to state a claim upon which relief can be granted and the precise request made in Toolasprashad's defective FOIA has been fulfilled. Toolasprashad's Complaint fails on the merits.

## CONCLUSION

For the reasons set forth herein and in Defendant's prior Memorandum (Dkt. No. 11), Toolasprashad's Complaint should be dismissed in its entirety, or alternatively, judgment should be granted to Defendant.

Dated: Buffalo, New York, May 9, 2013.

Respectfully submitted,

WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202

By:   S/GAIL Y. MITCHELL
      Assistant United States Attorney

---

[1] A copy of docket entries from Toolasprashad's Petition for Review proceeding which is pending in the Second Circuit Court are attached hereto as an addendum.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

LATCHMIE TOOLASPRASHAD,

        Plaintiff,

v.                                 11-CV-0922Sc

IMMIGRATION & CUSTOMS ENFORCEMENT,

        Defendant.

## CERTIFICATE OF SERVICE

    I hereby certify that on May 10, 2013, I electronically filed the foregoing **DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO DISMISS THE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

    Eric W. Schultz, Esq.

    I further certify that on May 10, 2013, I have mailed the foregoing **DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO DISMISS THE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**, by the United States Posal Service, to the following non-CM/ECF participant at his last known address:

    LATCHMIE TOOLASPRAHAD
    #35648936
    Buffalo Federal Detention Facility
    4250 Federal Drive
    Batavia, New York 14020

                                                  S/DIANE E. CARLSEN
                                                  Legal Assistant

# U.S. Circuit Court of Appeals

## US Circuit Court of Appeals - 02nd Circuit

### 13-85

### Toolasprashad v. Holder

This case was retrieved from the court on Monday, May 06, 2013

### Header

**Case Number:** 13-85
**Date Filed:** 01/11/2013
**Date Full Case Retrieved:** 05/06/2013
**NOS Description:** (0) 0:; Appeal

[Summary] [Associated Cases] [Participants] [Proceedings] [Pending Motion] [Brief] [Rehearings] [History] [Additional Case]

### Summary

**No Information is Available for this case**

### Associated Cases

**No Information is Available for this case**

### Participants

| Litigant | Attorney |
|---|---|
| Latchmie Narayan Toolasprashad<br>Petitioner<br>Prisoner Number: -: A035-648-936 | Latchmie Narayan Toolasprashad<br>[NTC Pro Se]<br>Buffalo Federal Detention Facility<br>4250 Federal Drive<br>Batavia, NY 14020 |
| Eric H. Holder, Jr., United States Attorney General<br>Respondent | Susan Bennett Green<br>[COR LD NTC US Attorney]<br>United States Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-532-4333<br><br>Oil<br>[NTC Government] |

ADDENDUM

United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-4900

## Proceedings

| Date | Details |
|---|---|
| 01/11/2013 | PETITION FOR REVIEW OF AGENCY ORDER, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. [815056] [13-85] |
| 01/11/2013 | AGENCY DECISION AND ORDER, dated 12/21/2012, RECEIVED.[815063] [13-85] |
| 01/11/2013 | MOTION, for stay of removal, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 01/08/2013 by US mail.[815071] [13-85] |
| 01/11/2013 | MOTION, to proceed in forma pauperis, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 01/08/2013 by US mail.[815077] [13-85] |
| 01/11/2013 | MOTION, to seal document, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 01/08/2013 by US mail.[815084] [13-85] |
| 01/14/2013 | Petition For Review of Agency Order, Served. [815085] [13-85] |
| 01/14/2013 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[815089] [13-85] |
| 01/14/2013 | DEFECTIVE DOCUMENT,MOTION FOR STAY OF REMOVAL, MOTION TO SEAL DOCUMENT, , , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[815100] [13-85] |
| 01/14/2013 | DEFECTIVE DOCUMENT, MOTION TO PROCEED IN FORMA PAUPERIS, , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[815124] [13-85] |
| 01/16/2013 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 01/16/2013 by CM/ECF. [817934] [13-85] |
| 01/16/2013 | ATTORNEY, Susan Bennett Green, , in place of attorney Lisa M. Arnold , SUBSTITUTED.[818058] [13-85] |
| 01/18/2013 | MOTION, for assignment of pro bono counsel, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 01/11/2013 by US mail.[820804] [13-85] |
| 01/18/2013 | Papers, Abundance of Psychological And Psychiatric Evidence, Received.[820813] [13-85] |
| 01/22/2013 | OPPOSITION TO MOTION for stay of removal , on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 01/22/2013 by CM/ECF. [823035][14] [13-85] |
| 01/23/2013 | DEFECTIVE DOCUMENT, OPPOSITION TO MOTION FOR STAY OF REMOVAL, , on behalf of Respondent Eric H. Holder, Jr., FILED.[823211] [13-85] |
| 01/23/2013 | MOTION, to proceed in forma pauperis, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 01/11/2013 by US mail.[824399] [13-85] |
| 01/23/2013 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE FORM, on behalf of Party Latchmie Narayan Toolasprashad, FILED. Service date 01/11/2013 by US mail.[824401] [13-85] |
| 01/23/2013 | CURED DEFECTIVE, MOTION TO PROCEED IN FORMA PAUPERIS, , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[824403] [13-85]--[Edited 01/24/2013 by KR] |
| 01/23/2013 | DEFECTIVE DOCUMENT, MOTION FOR ASSIGNMENT OF PRO BONO COUNSEL, , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[824438] [13-85] |
| 01/23/2013 | MOTION, for stay of removal, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 01/16/2013 by US mail.[824513] [13-85] |
| 01/24/2013 | OPPOSITION TO MOTION for stay of removal , on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 01/22/2013 by CM/ECF. [824969][22] [13-85] |
| 01/24/2013 | CURED DEFECTIVE, OPPOSITION TO MOTION FOR STAY OF REMOVAL, , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[825041] [13-85] |
| 01/30/2013 | ADMINISTRATIVE RECORD ON APPEAL, submitted on CD ROM, FILED.[831259] [13-85] |
| 01/30/2013 | MOTION, for assignment of pro bono counsel, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 01/28/2013 by US mail.[835527] [13-85] |
| 01/30/2013 | REPLY TO OPPOSITION , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 01/28/2013 by US mail.[835536][30] [13-85] |
| 01/31/2013 | Papers, Motion For Assignment of Pro Bono Counsel T1080 Form, Certificate of Service, Received. |

| Date | Entry |
|---|---|
| | [835626] [13-85] |
| 02/04/2013 | CURED DEFECTIVE, MOTION FOR ASSIGNMENT OF PRO BONO COUNSEL, , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[835551] [13-85] |
| 02/14/2013 | MOTION, for meditation consideration, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 02/08/2013 by US mail.[849327] [13-85] |
| 02/14/2013 | MOTION, to seal document, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 02/08/2013 by US mail.[849328] [13-85] |
| 02/14/2013 | SUPPLEMENTARY PAPERS TO MOTION , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 02/08/2013 by US mail.[849338][44] [13-85] |
| 02/14/2013 | SUPPLEMENTARY PAPERS TO MOTION , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 02/08/2013 by US mail.[849571][45] [13-85] |
| 02/19/2013 | CURED DEFECTIVE, MOTION TO SEAL DOCUMENT, , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[849575] [13-85] |
| 02/25/2013 | CERTIFICATE OF SERVICE, for ADMINISTRATIVE RECORD LETTER, on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 02/25/2013 by CM/ECF.[856378] [13-85] |
| 02/25/2013 | MOTION, to transfer case evidence back to second circuit, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 02/20/2013 by US mail.[857344] [13-85] |
| 02/27/2013 | IMMIGRATION 90-DAY TOLLING ORDER, copy sent to pro se, FILED. [859078] [13-85] |
| 02/28/2013 | IMMIGRATION TOLLING CANCELLATION LETTER, on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 02/28/2013 by CM/ECF. [860291] [13-85] |
| 03/05/2013 | TOLLING CANCELLATION ORDER, copy sent to pro se, FILED. [864370] [13-85] |
| 03/05/2013 | MOTION, to dismiss, on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 03/05/2013 by CM/ECF. [865457] [13-85] |
| 03/11/2013 | LETTER, dated 03/04/2013, on behalf of Petitioner Latchmie Narayan Toolasprashad, RECEIVED. Service date 03/04/2013 by US mail.[874394] [13-85] |
| 03/11/2013 | SCHEDULING NOTIFICATION, on behalf of Petitioner Latchmie Narayan Toolasprashad, informing Court of proposed due date 06/02/2013, RECEIVED. No Service. [874409] [13-85] |
| 03/12/2013 | MOTION, to seal document, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 03/06/2013 by US mail.[872026] [13-85] |
| 03/12/2013 | MOTION, to submit an abundance of psychological and psychiatric evidence, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 03/06/2013 by US mail.[872036] [13-85] |
| 03/12/2013 | MOTION, to withdraw document, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 03/06/2013 by US mail.[872045] [13-85] |
| 03/12/2013 | MOTION, to seal document, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 03/06/2013 by US mail.[872050] [13-85] |
| 03/13/2013 | DEFECTIVE DOCUMENT, SCHEDULING NOTIFICATION, , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[874428] [13-85]--[Edited 03/13/2013 by KR] |
| 03/14/2013 | OPPOSITION TO MOTION to submit an abundance of psychological and psychiatric evidence, , on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 03/14/2013 by CM/ECF. [876352][74] [13-85]--[Edited 03/15/2013 by KR] |
| 03/22/2013 | MOTION, for petitioner's notice of being unable to file objections to respondent's motion to dismiss and renewed motion for appointment of counsel, on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED. Service date 03/18/2013 by US mail.[887008] [13-85] |
| 03/22/2013 | SCHEDULING NOTIFICATION, on behalf of Petitioner Latchmie Narayan Toolasprashad, informing Court of proposed due date 06/02/2013, RECEIVED. Service date 03/13/2013 by US mail.[887017] [13-85] |
| 03/25/2013 | CURED DEFECTIVE, SCHEDULING NOTIFICATION, , on behalf of Petitioner Latchmie Narayan Toolasprashad, FILED.[887019] [13-85] |

**Pending Motion**

**No Information is Available for this case**

**Brief**

No Information is Available for this case

Rehearings

No Information is Available for this case

History

No Information is Available for this case

Additional Case

**Additional Case Information**

Agency - Petition for Review - Immigration
Appeal from: Immigration & Naturalization Service
District: INS Division: 1 CaseNumber: A035-648-936

Copyright © 2013 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***